# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN J. GIANNETTI | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 04-313 |
| | : | |
| CONSOLIDATED GRAPHICS, INC., | : | |
| PICCARI PRESS, INC., JOSEPH | : | |
| J. TREFALLER, ROBERT M. HESSE, | : | |
| and CARL PICCARI, JR. | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 6th of March, 2007, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

                                                    **BY THE COURT:**

                                                    /s/ Honorable Jan E. DuBois
                                                           JAN E. DUBOIS, J.